# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40986
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 17, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CYNTHIA BELTRAN,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:15-CR-222-2

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Pursuant to a written plea agreement, Defendant-Appellant Cynthia Beltran pleaded guilty to conspiracy to transport undocumented aliens. She was sentenced to (1) eight months of imprisonment and (2) three years of supervised release. The sole issue raised on appeal is whether Beltran's eight-month term of imprisonment is procedurally and substantively unreasonable.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40986

On April 8, 2016, while this appeal was pending, Beltran completed her term of imprisonment and was released by the Bureau of Prisons. Accordingly, we consider sua sponte whether Beltran's appeal is moot. *See Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

Although Beltran, a United States citizen, is currently serving a term of supervised release, she raises no challenge to the term or conditions of her supervised release. Rather, she challenges only her now-expired term of imprisonment. Accordingly, the appeal is DISMISSED AS MOOT. *Cf. United States v. Heredia-Holguin*, 823 F.3d 336, 340 (5th Cir. 2016) (en banc).